Form 27 – GENERAL PURPOSE

**HILL RIVKINS & HAYDEN LLP**
**ATTN:**

U.S. DITRICT COURT    NEW YORK  COUNTY

------------------------------------------------

UNIMET METAL SUPPLY, INC.              plaintiff

            - against -

M/V EURUS OSLO, ETC.              defendant

------------------------------------------------

Index No. **08 CIV 5719**

Date Filed  . . . . . . . . . . . .

Office No. **29631-TEW**

Court Date:    **/  /**

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**DANIEL KNIGHT**      being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
    That on the  **9th  day of July, 2008      at  04:31 PM.,** at
    **1 EVERTRUST PLAZA,**
    **JERSEY CITY, NJ 07302 ATT: CLAIMS DEPT.**
I served a true copy of the
    **SUMMONS AND COMPLAINT**
    **RULE 7.1 STATEMENT**
    **JUDGES RULES**

upon **EVERGREEN LINE**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
    **HETTY SHIH,      GENERAL AGENT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
        SEX: **FEMALE**        COLOR: **ASIAN**        HAIR: **BROWN**
        APP. AGE: **44**        APP. HT: **5:5**        APP. WT: **140**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
25th  day of  July, 2008ni

JOEL GOLUB
Notary Public, State of New York
    No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

DANIEL KNIGHT
AETNA   CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY  10007
Reference No: 3HRLOM137096